IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ GUZMÁN MATÍAS, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>SUIZA DAIRY, CORP., *et al.*,<br><br>**Defendants.** | CIVIL NO. 20-1073(JAG) |

**JUDGMENT**

Pursuant to this Court's Order, Docket No. 17, Judgment is hereby entered REMANDING case to the Commonwealth of Puerto Rico Court of First Instance, Superior Court, San Juan Part. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, June 4, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE